IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SEKON K. OLUGBALA,**

    **Plaintiff,**

vs.                                                        CASE NO. 1:07CV08-MMP/AK

**NORTH FLORIDA SECURITY
TEAM, et al,**

    **Defendants.**

                                              /

## REPORT AND RECOMMENDATION

This case has been pending since January 12, 2007, and as of this date n o partial filing fee has been paid, Plaintiff is now free-world, and the Court has no current address with which to correspond with him. The last attempt to mail a copy of a court order (doc. 11) upon his free-world address at 1112 State Rd 1221, MacClenny FL 32063, and address provided by North Florida Evaluation and Treatment Center (doc. 14), was returned on April 9, 2007, marked "Vacant Unable to Forward." (Doc. 16). There has been further communication with the Plaintiff.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Plaintiff has not kept the Court apprised of his current address and taken no action to prosecute his case. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this **23rd** day of April, 2007.

                *s/ A. KORNBLUM*
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 1:07CV08-MMP/AK